# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALONZO D. JONES, Sr., | : | Civil No. 1:19-CV-00229 |
| Plaintiff, | : | |
| v. | : | |
| COUNTY OF YORK, *et al.*, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

On December 12, 2019, the plaintiff filed an unopposed motion to dismiss all claims against defendants Mark L. Bentzel and Patrick Gartrell pursuant to a confidential settlement agreement between the plaintiff and those defendants. Upon consideration of that motion, **IT IS ORDERED** that the motion to dismiss (Doc. 37) is **GRANTED**. The Clerk of Court is directed to terminate defendants Mark L. Bentzel and Patrick Gartrell from this case. Any party to the aforementioned confidential settlement agreement may be granted leave to reinstate the dismissed claims if settlement is not consummated within sixty days upon good cause shown.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: December 16, 2019