# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALONZO D. JONES, Sr., | : | Civil No. 1:19-CV-229 |
| Plaintiff, | : | |
| v. | : | |
| COUNTY OF YORK, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th, day of July, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that Defendants' motion for summary judgment (Doc. 32) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendants County of York and David Sunday and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania